## Corporate Resolution Authorizing Filing of Petition Required for Chapter 7 Bankruptcy

WHEREAS, Feel Good Ventures, Inc., is insolvent and unable to pay its debts as they mature, and WHEREAS, it would be in the best interests of this corporation, its creditors, stockholders, and other interested parties to file a voluntary petition under Chapter 7 of the Bankruptcy Code;

NOW, THEREFORE, BE IT RESOLVED, that the Company file as soon as practicable a bankruptcy in accordance with Chapter 7 of the United States Bankruptcy Code.

RESOLVED FURTHER, that the undersigned is the duly elected and qualified owner/shareholder and the custodian of the books and records and seal of Feel Good Ventures, Inc., and that he is hereby authorized and directed to execute and verify a petition substantially in the form approved and to cause the same to be filed with the United States Bankruptcy Court; and

RESOLVED FURTHER, that the officers of this corporation, or any one or more of them, be and hereby are authorized to execute and file all petitions, schedules, lists, and other papers and to take all action which they may deem necessary or proper in connection with proceedings under Chapter 7; and

IN WITNESS WHEREOF, I have executed my name as Managing Shareholder/Owner and have here unto authorized by the above-named corporation.

September 30, 2020
Date

Tim Caspersen,
Owner
Feel Good Ventures, Inc