Jim Twu, SBN 175032
WALTON TWU LLP
3233 Valencia Ave, Suite A-5
Aptos, CA 95003-4137
Phone (831) 685-9800
Fax: (650) 618-8687

Thomas Valfrid Anderson, SBN 125006
J. Daniel Jung, SBN 243436
ANDERSON & JUNG
445 S. Figueroa St., 31st Floor
Los Angeles, CA 90071
Phone: (213) 612-7773

*Attorneys for Plaintiffs*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| JAMES ANDREWS, *et al.*, | Case No.: 2:20-bk-18938-BR |
| Plaintiffs, | NOTICE OF CHANGE OF ADDRESS |
| vs. | |
| FEEL GOOD VENTURES, LLC, *et al.*, | |
| Defendants. | |
| FEEL GOOD VENTURES, LLC, | |
| Cross-Complainant, | |
| vs. | |
| W4 LLC*, et al.* | |

Please take notice that the law firm of WALTON TWU LLP has changed its mailing address and physical location. The new address is 3323 Valencia Ave, Suite A-5, Aptos, CA 95003. The firm's telephone and fax numbers remain the same.

Dated: January 25, 2021                         WALTON TWU LLP

                                                By:  /s/ Timothy Walton
                                                Timothy Walton
                                                Attorneys for Plaintiffs

---
**1**
**NOTICE OF CHANGE OF ADDRESS**